JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Kevin McDaniel ;
**County of Residence:** Orange County

**Defendant(s):**

First Listed Defendant:
Trend Aviation LLC ;
**County of Residence:** Orange County

Additional Defendants(s):
Jonathan P. Houdyschell ;

**County Where Claim For Relief Arose:** Orange County

**Plaintiff's Attorney(s):**

Don McManus (Kevin McDaniel)
Law Offices of Don McManus, P.L.
7651-A Ashley Park Ct. Suite 403
Orlando, Florida 32835
Phone: 407-505-5888
Fax: 407-536-4421
Email: Don@LawOfficesDM.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   **Plaintiff:** N/A
   **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** FLSA Violation, Breach of Contract, Quantum Meruit, Promissory Estoppel
**Requested in Complaint**
   **Class Action:** Not filed as a Class Action
   **Monetary Demand (in Thousands):**
   **Jury Demand:** Yes
   **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Don McManus

**Date:** 02/03/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.